**Opinion issued January 29, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

**NO. 01-25-00657-CV**

———————————————

**ROBERT L. GRIFFIN, Appellant**

**V.**

**ALYCIA RENAE CRUZ, Appellee**

---

**On Appeal from the 461st District Court**
**Brazoria County, Texas**
**Trial Court Case No. 135012-F**

---

**MEMORANDUM OPINION**

This is an appeal from a protective order signed July 22, 2025. Appellant has not paid for the clerk's record or the required filing fee and has not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1 (indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's

fault); *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A. § B(1) (listing fees in courts of appeals).

Appellant failed to respond to our notices of September 22, 2025 (non-payment for the filing fee) and September 25, 2025 (non-payment for clerk's record), which advised appellant that, should he not pay the fee for the clerk's record or the filing fee or establish indigence, this appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). Appellant has not responded to this Court's notices.

We dismiss the appeal. *See* TEX. R. APP. P. 42.3, 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.